

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. **3-18CR-107-K** |
| NATHAN SCOTT MULLINS | |

## INDICTMENT

The Grand Jury Charges:

Count One
Possession of a Firearm by a Prohibited Person
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 13, 2017, in the Dallas Division of the Northern District of Texas, the defendant, **Nathan Scott Mullins**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith & Wesson model 66-2, .357 magnum revolver, bearing serial number ADP9187.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

**Indictment – Page 1**

## Forfeiture Notice
(18 U.S.C. §§ 924(d) and 3665)

The allegations contained in Count One of this Indictment are realleged and incorporated by reference herein.

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. §§ 924(d) and 3665, the defendant, **Nathan Scott Mullins**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved in the commission of the offense or in the defendant's possession or under his immediate control at the time of his arrest including, but not limited to, the following: a Smith & Wesson model 66-2, .357 magnum revolver, bearing serial number ADP9187 and any ammunition recovered with this firearm.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY


_____
BRIAN McKAY
Assistant United States Attorney
Texas Bar No. 24046395
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8645
Facsimile: 214-659-8805
Email: brian.mckay@usdoj.gov

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

NATHAN SCOTT MULLINS

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Prohibited Person

18 U.S.C. §§ 924(d) and 3665
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                        FOREPERSON

Filed in open court this 21st day of February, 2018.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:18-MJ-065-BK